# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTWAN D. MATTHEWS                                                      PLAINTIFF

v.                             4:20-cv-00214-JM-JJV

SUSAN POTTS, Administrator,
Drew County Jail; and
MARK GOBER, Sheriff, Drew County                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2. Dismissal counts as a STRIKE under 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 24th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE