IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTWAN D. MATTHEWS                                                          PLAINTIFF

v.                              4:20-cv-00214-JM-JJV

SUSAN POTTS, Administrator,
Drew County Jail; and
MARK GOBER, Sheriff, Drew County                                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, the Complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 24th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE